People of the State of Illinois, Plaintiff-Appellee, v. Eagle Food Centers, Inc., Defendant-Appellant.

Gen. No. 11,817.

Third District.

February 17, 1964.

Bozeman, Neighbour, Patton & Henss, of Moline (Virgil Bozeman and Donald A. Henss, of counsel), for appellant; William G. Clark, Attorney General, of Springfield (Richard Stengel, State's Attorney, of Rock Island, and Robert L. Ellison, Assistant State's Attorney, of counsel), for appellee. Opinion by JUDGE SCHEINEMAN. Not to be published in full.